UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLAUDIA GARCIA, an individual,, <br><br> Plaintiff, <br><br> v. <br><br> GMRI, INC., a Florida corporation; and DOES 1 through 20 inclusive, , <br><br> Defendant. | Case No.  CV12-10152 DMG (PLAx) <br><br> **ORDER UPON STIPULATION RE DISMISSAL WITH PREJUDICE [24]** |

Having read and considered the Stipulation of Plaintiff Claudia Garcia ("Plaintiff") and Defendant GMRI, Inc. ("Defendant") (Plaintiff and Defendant hereinafter are collectively referred to as the "Parties"), and good cause appearing, the Court hereby orders as follows:

The instant action is **dismissed with prejudice**; and

The Parties shall bear their own fees and costs in connection with the proceedings before this Court.

**IT IS SO ORDERED.**

DATED:  August 25, 2014

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1.